UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FREDDY ANGEL TRUJILLO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RAYMOND MADDEN, Warden,<br><br>　　　　Respondent. | No. CV 17-07188-ODW (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including operative Petition (Dkt. 1), Respondent's Answer to the Petition and support lodgements (Dkt. 19, 20, 23, 25), the Report and Recommendation of the United States Magistrate Judge (Dkt. 29), and Objections thereto filed by Petitioner (Dkt. 36). Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court notes that the first argument raised by Petitioner in his Objections is a request that his Petition also be treated as his Traverse. See Dkt. 36 at 1-3. As the Magistrate Judge gave full consideration to the Petition in the Report and Recommendation, Petitioner's request that his Petition be

treated as his Traverse is granted; this Court gives full consideration of the Petition in its review of the Report and Recommendation. With respect to Petitioner's other objections to the report, the Court notes that the topics of those objections are addressed by the Magistrate Judge in the Report and Recommendation and the Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

1. Petitioner's request for an evidentiary hearing is denied; and
2. Judgment shall be entered denying the Petition and dismissing this action with prejudice.

Dated: __January 28, 2019

_____
OTIS D. WRIGHT, II
United States District Judge